IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| QUINTILLA HILTON,<br><br>    Plaintiff,<br><br>    v.<br><br>PROFIT SERVICES GROUP, LLC,<br><br>    Defendant. | CIVIL ACTION NO.: 4:22-cv-129 |

**O R D E R**

On June 30, 2022, Plaintiff advised the Court that the parties had reached a settlement as to all claims in the above-captioned case and that they were working to finalize a formal settlement agreement and intended to file a stipulation of dismissal within sixty days.  (Doc. 5.)  Therefore, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action.  See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).  Within sixty (60) days of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement.  In the alternative, the parties may simply file a joint stipulation of dismissal.  If the parties fail to file a dismissal (or, if necessary, move to reopen the case) within sixty (60) days, the Court will *sua sponte* dismiss the case with prejudice.  Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

**SO ORDERED**, this 11th day of July, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA