IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| QUINTILLA HILTON,<br><br>    Plaintiff,<br><br>   v.<br><br>PROFIT SERVICES GROUP, LLC,<br><br>    Defendant. | CIVIL ACTION NO.: 4:22-cv-129 |

**O R D E R**

On July 11, 2022, the Court administratively closed this action upon being advised by the parties that the case had settled and would soon be dismissed by joint stipulation.  (Doc. 6.)  Presently before the Court is a Notice of Voluntary Dismissal, signed by counsel for Plaintiff and filed with the Court on August 29, 2022, wherein Plaintiff dismisses the action against Defendant with prejudice.  (Doc. 7.)  There having been no answer or motion for summary judgment filed by Defendant, this action has been **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Accordingly, the Clerk of Court is hereby authorized and **DIRECTED** to **REOPEN** this case, **TERMINATE** all pending motions, and **CLOSE** this case.

**SO ORDERED**, this 31st day of August, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA